UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
OCT 18 2023

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | Case No. 23cr0272-JM |
| vs. | JUDGMENT OF DISMISSAL |
| Orlando Manuel Munoz, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

21:952, 960 – Importation of Fentanyl; 21:952, 960 – Importation of Heroin

Dated: 10/13/2023

Hon. Jeffrey T. Miller
United States District Judge